# United States District Court
# For The Western District of North Carolina
# Statesville Division

RANDY D. LACKEY,

        Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                          5:10CV30

DEPUY ORTHOPAEDICS, INC.,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 14, 2011 Order.

                                        Signed: July 14, 2011

                                        Frank G. Johns, Clerk
                                        United States District Court